FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN W. ZUFALL, and TAMARA S. ZUFALL,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CEDAR BUILDERS INC., CEDAR PROPERTY MANAGEMENT, and SCOTT NACCARATO,<br><br>　　　　　　　　Defendants. | No.　2:21-cv-00325-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

　　　　Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation,

**IT IS HEREBY ORDERED**:

　　　　**1.**　　The parties' Stipulated Protective Order, **ECF No. 24**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order.

//

//

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1

//

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of July 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge