FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN W. ZUFALL; and TAMARA S. ZUFALL,<br><br>    Plaintiffs,<br><br>    v.<br><br>CEDAR BUILDERS, INC.; CEDAR PROPERTY MANAGEMENT (CB); and SCOTT NACCARATO,<br><br>    Defendants. | No. 2:21-CV-00325-SAB<br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

    Before the Court is the Parties' Stipulated Motion and (Proposed) Order for Dismissal with Prejudice, ECF No. 91. Plaintiffs are represented by Asti M. Gallina, Matthew Z. Crotty, and Michael B. Love. Defendants are represented by William H. Walsh. The motion was heard without oral argument.

    The parties move the Court to dismiss the above-mentioned matter with prejudice and without costs to either party. Being fully informed, the Court grants the motion and dismisses this action.

//

//

//

//

//

**ORDER GRANTING STIPULATED DISMISSAL # 1**

//

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion and (Proposed) Order for Dismissal with Prejudice, ECF No. 91, is **GRANTED**.

2. Pursuant to Local Civil Rule 41(a)(1)(B), the above-captioned action is **DISMISSED with prejudice** without costs or attorneys' fees to any party.

3. All pending motions are **DISMISSED as moot**.

4. The Jury Trial set for May 6, 2024, and all associated deadlines, are **STRICKEN**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 9th day of April 2024.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED DISMISSAL # 2**